IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| X.AI LLC, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 7:26-CV-00005-O |
| § | |
| ASHLEY ST. CLAIR § | |
| § | |
| Defendant. § | |

## ORDER

Before the Court is the Parties' Joint Motion for an Extension of Time to Answer (ECF No. 20) filed on March 11, 2026. Having reviewed the Motion, and noting it unopposed, the Court finds good cause for the Motion to be **GRANTED**. Accordingly, it is **ORDERED** that Defendant's deadline to file an answer is extended **until April 15, 2026**.

**SO ORDERED** on this **16th day** of **March 2026**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE