IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X.AI LLC, ET AL., | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | Civil Action No.  7:26-CV-00005-O |
| | § | |
| ASHLEY ST. CLAIR | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On May 20, 2026, Plaintiffs filed an amended complaint (ECF No. 29). The Court previously entered a briefing schedule which requires Defendant to file a renewed motion to dismiss in response to the amended complaint. *See* Order May 11, 2026, ECF No. 28. Thus, the Court **DENIES** the pending Motion to Dismiss (ECF No. 25) as **MOOT**.

**SO ORDERED** on this **28th day** of **May 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**