IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| X.AI LLC, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 7:26-CV-00005 |
| | § | |
| ASHLEY ST CLAIR | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Jay Cohen and hereby files this Notice of Appearance as Counsel for the Defendant, Ashley St Clair.

Respectfully Submitted,

_____/s/ Jay Cohen_____
Jay Blass Cohen
Texas Bar # 24069528
BLASS LAW PLLC
4245 N Central Expy, #490
Dallas, TX 75205
(713) 664-4000 [Phone]
jay@blasslaw.com [email]
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Jay Cohen, certify that a true and correct copy of the foregoing motion has been served on opposing counsel via ECF on June 8, 2026.

_____Jay Cohen_____
Jay Cohen